IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHNNIE H. WHEELER                                                               PETITIONER

vs.                                                              Civil Action No. 3:05-cv-563 HTW-JCS

JOE THORNTON, WARDEN;  and
JIM HOOD, ATTORNEY GENERAL                                            RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the petition for habeas corpus filed by petitioner Wheeler be dismissed and the motion of respondents be granted.  The above-styled and numbered cause is dismissed.

**SO ORDERED, THIS THE 29th day of December, 2006.**

                                                  s/ HENRY T. WINGATE

                                                  _____
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**